UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ABRAHAM FEDER on behalf of himself and all other similarly situated consumers<br><br>                                   Plaintiff,<br><br>          -against-<br><br><br>FINANCIAL RECOVERY SERVICES, INC.<br><br>                                   Defendant. | Index# 1:13-cv-04617-PKC-RML<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

_____

       **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  Brooklyn, New York
          November 14, 2013

                                                  ___/s/ Maxim Maximov_____
                                                  Maxim Maximov, Esq.
                                                  Maxim Maximov, LLP
                                                  Attorney for the Plaintiff
                                                  1701 Avenue P
                                                  Brooklyn, New York 11229
                                                  Office: (718) 395-3459
                                                  Facsimile: (718) 408-9570
                                                  E-mail: m@maximovlaw.com